IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **LAVARUS GLASS,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-380 (MTT) |
| **CYNTHIA NELSON,** *et al.*, | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle on the Defendants' motions to dismiss. (Doc. 40). The Magistrate Judge recommends dismissing all but one of the Plaintiff's claims for failure to exhaust administrative remedies. He further recommends that the remaining claim, an allegation of sexual assault by Officer Jonathan Felton, be dismissed for failure to state a claim for an Eighth Amendment violation. The Plaintiff has not objected to the Recommendation.

The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Defendants' motions to dismiss (Docs. 30; 34) are **GRANTED** and the complaint is **DISMISSED without prejudice**.

**SO ORDERED,** this 25th day of June, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT